UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| AUGUSTINE ODI BOSAH | § | CASE NO.  3:23-cv-00411-KC |
| V. | § | |
| CITY BANK | § | |
| STUART COX, TRUSTEE | § | |
| DEBTOR(S) | § | |

## MOTION TO DISMISS APPEAL AS MOOT

City Bank hereby files this Motion to Dismiss Appeal as Moot and would show Appellant's underlying Bankruptcy case dismissed November 7, 2023 and Appellant did not timely appeal dismissal within the fourteen (14) days allowed.  Appellant attempts to appeal an order not imposing the bankruptcy stay as to City Bank, but dismissal terminates the stay regardless which has occurred by a final, non-appealable order dismissing the bankruptcy case.  This appeal is now moot and should be dismissed.

## FACTS

1. On March 8, 2019, Debtor financed $499,950.00 with City Bank.

2. City Bank acquired a secured interest in real property 409 Mesilla Vista Lane, El Paso, TX 79912.

3. Debtor filed Chapter 13 Bankruptcy Case 23-31016 October 2, 2023, in an apparent attempt to again stop foreclosure, but it was Debtor's fourth (4th) case in the last twelve months. Accordingly, no stay arose and City Bank foreclosed.  **Ex. A – 23-31016 DK# 4.**

4. On October 3, 2023, City Bank filed a Motion for Orders Confirming No Automatic Stay arose in this case.  **BK 23-31016, DK# 3.**

5. The Court granted such motion and affirmed no stay arose in this case on October 5, 2023.  **Ex. A.**

6. Debtor filed a Motion to Impose the Stay October 7, 2023. **BK 23-31016, DK# 5.**

7. City Bank objected to the Motion to Impose Stay on October 10, 2023. **BK 23-31016, DK# 7.**

8. On October 23, 2023, the Court entered an order imposing to the bankruptcy automatic stay to all creditors EXCEPT City Bank. **Ex. B, BK 23-31016, DK# 18.**

9. Appellant filed his appeal November 6, 2023.

## APPEAL NOW MOOT BY DISMISSAL OF BANKRUPTCY CASE

10. Appellant did not seek a stay of the order denying imposition of the bankruptcy automatic stay.

11. Moreover, Appellant's Bankruptcy Case 23-31016 Dismissed November 7, 2023 for his failure to file information. **Ex. C - BK 23-31016, DK# 22.** Appellant did not timely appeal the dismissal order, rendering this appeal now moot.

## Legal Standard

12. "A case becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party." *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307, 132 S. Ct. 2277, 183 L. Ed. 2d 281 (2012) (citations and quotation marks omitted). "[E]ven when the 'primary relief sought is no longer available,' 'being able to imagine an alternative form of relief is all that's required to keep a case alive.'" *Dierlam v. Trump*, 977 F.3d 471, 476-77 (5th Cir. 2020) (quoting *Univ. of Notre Dame v. Sebelius*, 743 F.3d 547, 553 (7th Cir. 2014), *judgment vacated sub nom. Univ. of Notre Dame v. Burwell*, 575 U.S. 901, 135 S. Ct. 1528, 191 L. Ed. 2d 557 (2015)). "This means that a court analyzing mootness in the early stages of litigation need only ask whether the plaintiff's requested relief is 'so implausible that it may be disregarded on the

question of jurisdiction.'" *Id.* at 477 (quoting *Chafin v. Chafin*, 568 U.S. 165, 177, 133 S. Ct. 1017, 185 L. Ed. 2d 1 (2013)).

13. The bankruptcy case dismissed November 7, 2023. "Failure to appeal a dismissal order after a stay order denies a court of jurisdiction to review the stay order." *Charitable DAF Fund, L.P. v. Highland Cap. Mgmt., L.P. (In re Highland Cap. Mgmt.)* 2022 U.S.Dist.LEXIS 108176, 2022 WL 2193000, at #8 (N.D.Tex.June 17, 2022) referencing *In re Jiminez,* 613 B.R. 537, 544 (B.A.P.9th Cir.2020).

14. See also *Ross v. Wilmington Sav. Fund Soc'y*, 2019 U.S. Dist. LEXIS 220870

> Because dismissal of a bankruptcy case ordinarily "revests the property of the estate," 11 U.S.C. § 349(b)(3), a dismissal "has the simultaneous effect of undoing the bankruptcy estate and lifting the automatic stay, just as the filing of the petition creates the bankruptcy estate and imposes the automatic stay." *In re Steenstra*, 307 B.R. 732, 738 (B.A.P. 1st Cir. 2004). These procedural mechanisms occur "immediately upon dismissal of the matter." *Friendly Fin. Disc. Corp. v. Gaston*, No. 07-2196, 2008 U.S. Dist. LEXIS 70924, 2008 WL 4330467, at *4 (W.D. La. Sep. 17, 2008) [*4]  (collecting cases).
>
> Here, the dismissal of Ross' petition immediately terminated the automatic stay. Ross did not appeal the dismissal order within the time allowed. *See* Fed. R. Bankr. P. 8002(a)(1) ("a notice of appeal must be filed with the bankruptcy clerk within 14 days after entry of the ... order ... being appealed."). Under these circumstances, the Court concludes that Ross' appeal of Judge Maddox's February 6 order holding that the Property is not shielded by the automatic stay is moot. *See Income Prop. Builders, Inc. v. Lomas & Nettleton Co.*, 699 F.2d 963, 964 (9th Cir. 1982) (denying as moot appeal of the order lifting stay because the underlying bankruptcy case's dismissal had become final.)

15. Similarly, in the instant case, Appellant's Bankruptcy case dismissed November 7, 2023. He had fourteen (14) days to appeal that dismissal, which expired November 21, 2023.

16. Dismissal terminates the automatic stay. Because Debtor did not appeal the dismissal order this court lacks jurisdiction over this appeal regarding an order denying imposition

of the automatic stay as to City Bank because the stay is terminated regardless by a final order dismissing the bankruptcy case.  This appeal is moot and should be dismissed.

Wherefore, premises considered, City Bank prays the Court dismiss this appeal as moot and for such further and other relief as the court believes just.

Respectfully submitted:

*/s/ Michael Weems*
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas  77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR CITY BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the 6th day of December, 2023.

APPELLANT
AUGUSTINE ODI BOSAH
409 MESILLA VISTA LN
EL PASO, TX  79912

TRUSTEE
STUART C. COX
CHAPTER 13 TRUSTEE
1760 N. LEE TREVINO DR.
EL PASO, TX  79936

Courtesy Notice to
Kyle Wayne Schumacher
Schumacher Lane PLLC
PO Box 558
Spring Branch, TX 78070

*/s/ Michael Weems*
Dominique Varner   TBA #00791182/FIN 18805
Michael Weems      TBA #24066273